UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY WALSH, et al.,            ) | |
|                                ) | |
|         Plaintiff(s),          ) | |
|                                ) | |
|     v.                         ) | No. 4:18-CV-01222-DDN |
|                                ) | |
| FRIENDSHIP VILLAGE OF SOUTH    ) | |
| COUNTY, et al.,                ) | |
|                                ) | |
|         Defendant(s).          ) | |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge David D. Noce to District Judge Jean C. Hamilton.

August 3, 2018                     *Gregory J. Linhares                /*
Date                               Clerk of Court

                          By:   /s/ John Bernsen              /
                                JOHN BERNSEN
                                Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:18-CV-01222-JCH**