UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARY WALSH and | ) | |
| BEVERLY NANCE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:18-cv-1222 |
| | ) | |
| FRIENDSHIP VILLAGE OF SOUTH | ) | |
| COUNTY d/b/a FRIENDSHIP VILLAGE | ) | |
| SUNSET HILLS and | ) | |
| FV SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF DISPOSITIVE MOTION IN EXCESS OF PAGE LIMIT

Pursuant to Local Rule 7-4.01(D), Defendants Friendship Village of South County d/b/a Friendship Village Sunset Hills and FV Services, Inc. (collectively, "Defendants") request leave to exceed the fifteen (15) page limit in filing a memorandum in support of their forthcoming dispositive motion.  In support of this motion, Defendants state as follows:

1.      The present case involves a multi-count lawsuit brought against Defendants by two plaintiffs alleging claims under two statutes, with multiple claims under each statute.

2.      Pursuant to this Court's Order on August 17, 2018, Defendants' responsive pleading deadline is September 14, 2018.  *See* ECF No. 1.

3.      Defendants plan to file a dispositive motion on or before September 14, 2018.

4.      For the sake of judicial efficiency and to avoid confusion, rather than both Defendants filing separate dispositive motions, Defendants will be filing a joint motion and memorandum in support.

5.      To adequately establish the relevant grounds for dismissal of Plaintiffs' claims in their memorandum in support, Defendants believe they will require more than fifteen (15) pages. Defendants estimate that they will likely need twenty-six (26) to twenty-seven (27) pages (exclusive of the signature page, certificate of service, and any attachments).

WHEREFORE, Defendants request leave to exceed the page limit in filing their memorandum in support of their forthcoming dispositive motion.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: */s/ Brad Hiles*
    Brad Hiles, #28907MO
    Brian Stair, #67370MO
    190 Carondelet Plaza, Suite 600
    St. Louis, MO  63105
    Phone: 314-480-1500
    Fax: 314-480-1505
    brad.hiles@huschblackwell.com
    brian.stair@huschblackwell.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing was filed with the Court via the Court's CM/ECF System and thus served upon all parties of record this 6th day of September, 2018.

_/s/ Brad Hiles_____