UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY WALSH and BEVERLY NANCE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 4:18-cv-1222 |
| FRIENDSHIP VILLAGE OF SOUTH COUNTY d/b/a FRIENDSHIP VILLAGE SUNSET HILLS and FV SERVICES, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

## **DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendants Friendship Village of South County d/b/a Friendship Village Sunset Hills ("Friendship Village" or "Defendant Friendship Village") and FV Services, Inc. ("FV Services" or "Defendant FV Services") (collectively, "Defendants") respectfully move this Court for an order dismissing all of the claims in Plaintiffs' Amended Complaint, with prejudice. In support of their motion, Defendants state:

1. Plaintiffs are two individuals who allege that Friendship Village engaged in discriminatory housing practices, specifically on the basis of Plaintiffs' sex, in violation of the Fair Housing Act ("FHA").

2. Defendants now move for the following relief:

a. Plaintiffs' claims should be dismissed with prejudice because Plaintiffs' failed to state a claim for sex discrimination.

  b. All of Plaintiff's claims against Defendant FV Services should be dismissed with prejudice because Plaintiffs failed – and are unable – to plead sufficient facts to support any of their claims against FV Services.

 3. Defendants have filed contemporaneously herewith a brief in support of this motion, which Defendants incorporate into this motion.

 For the foregoing reasons, Defendants move the Court for an order granting them judgment on the pleadings, dismissing with prejudice all of Plaintiffs' claims, and awarding Defendants any other relief this Court deems just and proper.

      Respectfully submitted,

      **HUSCH BLACKWELL LLP**

      By: */s/ Brad Hiles*
       Brad Hiles, #28907MO
       Brian Stair, #67370MO
       190 Carondelet Plaza, Suite 600
       St. Louis, MO  63105
       Phone: 314-480-1500
       Fax: 314-480-1505
       brad.hiles@huschblackwell.com
       brian.stair@huschblackwell.com

      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

 The undersigned counsel hereby certifies that the foregoing was filed with the Court via the Court's CM/ECF System and thus served upon all parties of record this 19th day of October, 2018.

      */s/ Brad Hiles*