UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARY WALSH and BEVERLY NANCE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18CV1222 JCH |
| | ) | |
| FRIENDSHIP VILLAGE OF SOUTH COUNTY d/b/a FRIENDSHIP VILLAGE SUNSET HILLS and FV SERVICES, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants' Motion for Judgment on the Pleadings is **GRANTED**, and Plaintiffs' Amended Complaint is **DISMISSED.**

Dated this 16th Day of January, 2019.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE