**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY WALSH and | ) | |
| BEVERLY NANCE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:18-cv-1222 |
| | ) | |
| FRIENDSHIP VILLAGE OF SOUTH | ) | |
| COUNTY d/b/a FRIENDSHIP VILLAGE | ) | |
| SUNSET HILLS and FV SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL AS ATTORNEY OF RECORD**

TO:    THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Brian J. Stair hereby withdraws his appearance for

Defendants Friendship Village of South County d/b/a Friendship Village Sunset Hills and

FV Services, Inc. in the above-styled case.  Brad Hiles and the law firm of Husch Blackwell LLP

will continue as counsel of record for Defendants Friendship Village of South County d/b/a

Friendship Village Sunset Hills and FV Services, Inc.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: */s/ Brian Stair*
    Brad Hiles, #28907MO
    Brian Stair, #67370MO
    190 Carondelet Plaza, Suite 600
    St. Louis, MO  63105
    Phone: 314-480-1500
    brad.hiles@huschblackwell.com
    brian.stair@huschblackwell.com

*Attorneys for Defendants*

DocID: 4825-2273-4231.1

2

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that a copy of the foregoing was filed via the Court's electronic filing system on May 20, 2019 and thereby electronically served upon all parties of record.

*/s/ Brian Stair*

DocID: 4825-2273-4231.1