UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY WALSH and BEVERLY NANCE,<br><br>    Plaintiffs,<br><br>v.<br><br>FRIENDSHIP VILLAGE OF SOUTH COUNTY d/b/a FRIENDSHIP VILLAGE SUNSET HILLS and FV SERVICES, INC.,<br><br>    Defendants. | No. 4:18-cv-1222-JCH |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case have reached a settlement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, through their counsel of record, stipulate that all of Plaintiffs' claims against Defendants and this action are dismissed with prejudice.

DATED:  December 8, 2020

/s/ Brad Hiles
Brad Hiles, #28907MO
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: 314-480-1500
Fax: 314-480-1505
brad.hiles@huschblackwell.com

*Attorneys for Defendants*

Respectfully submitted,

/s/ Julie Wilensky
Amy Whelan (admitted *pro hac vice*)
Julie Wilensky (admitted *pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
(415) 392-6257
awhelan@nclrights.org
jwilensky@nclrights.org

Michael G. Allen (admitted *pro hac vice*)
RELMAN COLFAX, PLLC
1225 19th Street, NW, Suite 600
Washington, DC 20036

1

(202) 728-1888
mallen@relmanlaw.com

Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
ACLU OF MISSOURI FOUNDATION
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
arothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU OF MISSOURI FOUNDATION
420 W. 34th Street, Suite 420
Kansas City, MO 64111
(816) 470-9938
gwilcox@aclu-mo.org

Arlene Zarembka, #25900MO
9378 Olive Blvd., Suite 206
St. Louis, MO 63132
(314) 567-6355
arlenezarembkalaw@sbcglobal.net

*Attorneys for Plaintiffs*

2